UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTINE LINDSAY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 04-1213 (PLF) |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that Plaintiffs' Renewed Motion for Class Certification [96] is conditionally GRANTED, as described below; it is

FURTHER ORDERED that a class composed of all automobile damage adjusters employed by defendant who worked in the state of New York from July 19, 1998 through the pay period ending July 9, 2004 is hereby certified pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure.  The class is certified for the purpose of determining whether defendant was obligated to pay overtime wages to plaintiffs under New York state law, see N.Y. LAB. LAW § 663, and if it was so obligated, to determine the proper remedies for defendant's failure to pay such overtime wages; it is

FURTHER ORDERED that the class defined above is certified on the condition that any notice to potential class members must adequately inform potential class members that (1) if they elect to join the class, they thereby waive their rights to pursue liquidated damages for

defendant's alleged violations of New York state law, and (2) potential class members may opt out of this class if they wish to pursue liquidated damages; it is

FURTHER ORDERED that the law firms of Cohen, Millstein, Hausfeld & Toll, PLLC and Shapiro Haber & Urmy LLP are appointed as class counsel; and it is

FURTHER ORDERED that, on or before August 4, 2008, the parties shall meet, confer, and file with the Court a joint report (1) appending proposed forms of notice to potential class members, (2) setting forth a proposed schedule for notice to potential class members, and (3) appending a proposed stipulation or stipulations with respect to damages calculations for this case and for Civil Action No. 01-1340 and a proposed order of final judgment for this case.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: July 3, 2008